UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HEATHER RUSSELL WILDER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HON. WILLIAM K. SWANN, *et al.*, ) <br> ) <br> Defendants. ) | No.: 3:11-CV-93 <br> (VARLAN/SHIRLEY) |

## ORDER

This matter is before the Court on the Report and Recommendation (the "R&R") entered by U.S. Magistrate Judge C. Clifford Shirley on May 2, 2011 [Doc. 30]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful review of the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 30] and **DENIES** plaintiff's Motion for a Temporary Restraining Order [Doc. 18] and all requests for injunctive relief contained therein.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE